**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 04-cr-00163-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DESIDERIO GREG MONTOYA,

    Defendant.

**ORDER REGARDING SUPERSEDING PETITION DUE TO
VIOLATIONS OF SUPERVISION**

    THIS MATTER is before the Court on request by the probation officer.

    HAVING considered the probation officer's superseding petition, the Court

    ORDERS that the superseding petition replace the previously submitted petition and that the Court consider revocation of supervision based on the superseding petition at the violation hearing.

    DATED October 27, 2015, at Denver, Colorado.

    **BY THE COURT:**

    *[signature: Bob Blackburn]*
    Robert E. Blackburn
    United States District Judge